**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

**No. 21-6392**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOHNATHAN DAVID WILLIAMS, a/k/a Jay-O,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News.  Raymond A. Jackson, District Judge.  (4:19-cr-00006-RAJ-RJK-1)

Submitted:  June 29, 2021                    Decided:  July 2, 2021

Before HARRIS, RICHARDSON, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Johnathan David Williams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnathan David Williams appeals the district court's order denying relief on his 18 U.S.C. § 3582(c)(1)(A)(i) motion for compassionate release. Upon review, we discern no abuse of discretion in the district court's determination that, under the pertinent 18 U.S.C. § 3553(a) sentencing factors, compassionate release was not warranted. *See United States v. Kibble*, 992 F.3d 326, 329-31 (4th Cir. 2021) (providing standard of review and outlining steps for evaluating compassionate release motions). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*